**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1324**

_____

PAUL J. MARTIN,

Plaintiff - Appellant,

versus

PATRICK INDUSTRIES, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, Senior District Judge.  (1:05-cv-00731-WLO)

_____

Submitted:  February 6, 2008        Decided:  February 21, 2008

_____

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robyn B. Bennitt, BENNITT LEGAL SERVICES, Birmingham, Alabama, for Appellant.  Sheri L. Roberson, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul J. Martin appeals the district court's order granting summary judgment in favor of Appellee Patrick Industries, Incorporated. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Martin v. Patrick Indus., Inc., No. 1:05-cv-00731-WLO (M.D.N.C. Mar. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED